BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

IN RE: VALSARTAN N-
NITROSODIMETHYLAMINE                   MDL Docket No. 2875
(NDMA) PRODUCTS LIABILITY LITIGATION

## NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Susan Guiton hereby notifies the Clerk of the Panel of the related action listed on the attached Schedule of Actions. Copies of the docket sheet and the complaint are also attached. Susan Guiton's complaint involves common factual questions with those actions presently pending transfer to the District of New Jersey on Plaintiff Robert Kruk's Motion to Transfer Actions [D.E. 1].

Dated: January 14, 2019          Respectfully submitted,

                                 */s/ Behram V. Parekh*
                                 BEHRAM V. PAREKH

                                 Michael L. Kelly
                                 Behram V. Parekh
                                 Ruth T. Rizkalla
                                 KIRTLAND & PACKARD LLP
                                 1638 South Pacific Coast Highway
                                 Redondo Beach, CA, 90277
                                 Tel:310.536.1000; Fax:310.536.1001
                                 E-mail: bvp@kirtlandpackard.com

                                 *Counsel for Plaintiff Susan Guiton*