## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA) Products Liability Litigation | MDL No. 2875 |

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendants Prinston Pharmaceutical Inc., Solco Healthcare U.S., LLC, Huahai U.S., Inc., and Zhejiang Huahai Pharmaceutical Co., Ltd. (collectively, the "Prinston Defendants") write to notify the Panel of the two potential tag-along actions listed on the attached Schedule of Actions. Copies of the docket sheets and complaints are also attached.

Dated: January 28, 2019

Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Seth A. Goldberg*
Seth A. Goldberg
30 S. 17th Street
Philadelphia, PA 19103
Tel: 215-979-1175
Fax: 215-689-2198
Email: sagoldberg@duanemorris.com

*Attorneys for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, Huahai U.S., Inc., Walgreen Co., Throggs Neck Pharmacy, and Wal-Mart Stores, Inc.*