**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: VALSARTAN N-
NITROSODIMETHYLAMINE
(NDMA) PRODUCTS LIABILITY LITIGATION

MDL Docket No. 2875

## NOTICE OF RELATED ACTIONS

Pursuant to Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Ranjit Sen hereby notifies the Clerk of the Panel of the related action listed on the attached Schedule of Actions. A copy of the complaint is also attached. Plaintiff Ranjit Sen's complaint involves common factual questions with those actions presently pending transfer to the District of New Jersey on Plaintiff Robert Kruk's Motion to Transfer Actions [D.E. 1].

Dated: January 29, 2019

Respectfully submitted,

*/s/ Chris T. Hellums*
Chris T. Hellums (HEL012)
**PITTMAN, DUTTON & HELLUMS, P.C.**
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Tel: (205) 322-8880
Fax: (205) 328-2711
Email: chrish@pittmandutton.com
*Attorney for Ranjit Sen and Sarmistha Sen*