BEFORE THE UNTIED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: Valsartan N-Nitrosodimethylamine
(NDMA) Products Liability Litigation          MDL Docket No. 2875

### CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, I hereby certify that on January 30, 2019, I electronically filed the foregoing documents with the clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system. I also certify that the foregoing document will be served today on all counsel of record by transmission of Notice of Electronic Filing generated by CM/ECF, or as indicated below.

**Served via U.S. Mail:**

**Zhejiang Huahai Pharmaceutical Co., Ltd.**
2009 Eastpark Blvd., Cranbury, NJ 08512
(and)
Xunqiao, Linhai, Zhejiang 317024
China

**Prinston Pharmaceutical, Inc. d/b/a Solco Healthcare LLC**
2002 Eastpark Blvd.,
Cranbury, New Jersey 08512

**Solco Healthcare US, LLC**
2002 Eastpark Blvd., Ste A
Cranbury, New Jersey 08512

**Huahai U.S., Inc.**
2002 Eastpark Blvd.,
Cranbury, New Jersey 08512

Dated: January 30, 2019                                  Respectfully submitted,

/s/*Daniel A Nigh*
Daniel A. Nigh
**Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7013
Fax: (850) 436-6013
Email: dnigh@levinlaw.com

*Attorney for Plaintiff*