BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

IN RE: VALSARTAN N-
NITROSODIMETHYLAMINE
(NDMA) PRODUCTS LIABILITY LITIGATION

MDL Docket No. 2875

### NOTICE OF RELATED ACTIONS

Pursuant to Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Charles Williams hereby notifies the Clerk of the Panel of the related action listed on the attached Schedule of Actions. Copies of the docket sheet and the complaint are also attached. Plaintiff Charles Williams' complaint involves common factual questions with those actions presently pending transfer to the District of New Jersey on Plaintiff Robert Kruk's Motion to Transfer Actions [D.E. 1].

Dated: January 30, 2019                Respectfully submitted,

/s/*Daniel A Nigh*
Daniel A. Nigh
**Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7013
Fax: (850) 436-6013
Email: dnigh@levinlaw.com

*Attorney for Plaintiff*