BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re:<br>**Valsartan N-Nitrosodimethylamine (NDMA)**<br>**Contamination Products Liability Litigation** | **MDL Docket No.: 2875** |

## NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Paulette Silberman, individually and on behalf of all others similarly situated, hereby notifies the Clerk of the Panel of her related action listed on the attached Schedule of Action. Copies of the docket sheet and the complaint are also attached. The plaintiff's complaint involves common factual questions with those actions presently pending transfer to the District of New Jersey on Plaintiff Robert Kruk's Motion to Transfer Actions [D.E. 1].

Dated: January 30, 2019

Respectfully submitted,

Adam M. Slater (NJ Bar 046211993)
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway, 2nd Floor
Roseland, New Jersey 07068
Tel.: 973-228-9898
Fax: 973-228-0303
aslater@mazieslater.com

*Counsel for Plaintiff and the Class*