**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

IN RE: VALSARTAN N-
NITROSODIMETHYLAMINE           MDL Docket No. 2875
(NDMA) PRODUCTS LIABILITY LITIGATION

**NOTICE OF RELATED ACTIONS**

    Pursuant to Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Betty Selph hereby notifies the Clerk of the Panel of the related action listed on the attached Schedule of Actions. Copies of the docket sheet and the complaint are also attached. Plaintiff Betty Selph's complaint involves common factual questions with those actions presently pending transfer to the District of New Jersey on Plaintiff Robert Kruk's Motion to Transfer Actions [D.E. 1].

Dated: January 30, 2019          Respectfully Submitted,
                                                    /s/ Annesley H. DeGaris
                                                    Annesley H. DeGaris, Esq.
                                                    DeGaris & Rogers, LLC
                                                    Two North Twentieth Street
                                                    Suite 1030
                                                    Birmingham, AL 35203
                                                    adegaris@degarislaw.com
                                                    asapone@degarislaw.com
                                                    (p) 205-558-9000
                                                    (f) 205-588-5231

                                                    and

                                                    Harold T. McCall, Jr.
                                                    Wayne Wright LLP
                                                    5707 Interstate Ten West
                                                    San Antonio, TX 78201
                                                    Telephone: (210) 888-8888
                                                    Email: hmccall@waynewright.com

                                                    *Attorneys for Plaintiff Betty Selph*