BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

IN RE: VALSARTAN N-
NITROSODIMETHYLAMINE                    MDL Docket No. 2875
(NDMA) PRODUCTS LIABILITY LITIGATION

## NOTICE OF RELATED ACTIONS

Pursuant to Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Karen Pollock hereby notifies the Clerk of the Panel of the related action listed on the attached Schedule of Actions. Copies of the docket sheet and the complaint are also attached. Plaintiff Karen Pollock's complaint involves common factual questions with those actions presently pending transfer to the District of New Jersey on Plaintiff Robert Kruk's Motion to Transfer Actions [D.E. 1].

Dated: January 30, 2019

Respectfully submitted,

/s/ Steven C. Babin, Jr.
Steven C. Babin, Jr.        (0093584)
Babin Law, LLC
1320 Dublin Road, #100
Columbus, Ohio 43215
Telephone:     614.384.7035
E-mail:   steven.babin@babinlaws.com

Attorney for Plaintiff