BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In Re: Valsartan N-Nitrosodimethylamine (NDMA)　　　　　MDL No: 2875
Contamination Products Liability Litigation

## NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation ("Panel"), Maine Automobile Dealers Association, Inc. Insurance Trust, Plaintiff, hereby notifies the Clerk of the Panel of the related action listed on the attached Schedule of Action. Copies of the docket sheet and complaint are also attached. Plaintiff's complaint involves common factual questions with those actions pending transfer to the District of New Jersey on Plaintiff Robert Kruk (Case No. 18-cv005944 (N.D. Ill.)) Motion for Transfer of Actions to the District of New Jersey Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings. *See* ECF 1.

Dated: January 30, 2019　　　　　　　　　　　　/s/*Gregory P. Hansel*
　　　　　　　　　　　　　　　　　　　　　　　Gregory P. Hansel
　　　　　　　　　　　　　　　　　　　　　　　PRETI FLAHERTY BELIVEAU &
　　　　　　　　　　　　　　　　　　　　　　　PACHIOS, LLP
　　　　　　　　　　　　　　　　　　　　　　　One City Center, PO Box 9546
　　　　　　　　　　　　　　　　　　　　　　　Portland, ME 04112
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (207) 791-3000
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (207)-791-3111
　　　　　　　　　　　　　　　　　　　　　　　Email: ghansel@preti.com
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Maine Automobile
　　　　　　　　　　　　　　　　　　　　　　　Dealers Association, Inc. Insurance Trust