**BEFORE THE UNITED STATES JUDICIAL**
**PANEL ON MULTIDISTRICT LITIGATION**

**IN RE:** VALSARTAN N-
NITROSODIMETHYLAMINE                           MDL Docket No. 2875
(NDMA) PRODUCTS LIABILITY LITIGATION

## AMENDED PROOF AND CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2019, I electronically filed the foregoing Notice of Related Action and other documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. We also served via U.S. Mail, the following Parties and/or entities:

**Zhejiang Huahai Pharmaceutical Co., Ltd.**
2009 Eastpark Blvd., Cranbury, NJ 08512

**Prinston Pharmaceutical, Inc. d/b/a Solco Healthcare LLC**
2002 Eastpark Blvd.,
Cranbury, New Jersey 08512

**Solco Healthcare US, LLC**
2002 Eastpark Blvd., Ste A
Cranbury, New Jersey 08512

**Huahai U.S., Inc.**
2002 Eastpark Blvd.,
Cranbury, New Jersey 08512

Respectfully submitted,

**/s/: M. Brandon Smith**
M. Brandon Smith
Childers, Schlueter & Smith LLC
1932 North Druid Hills Road, Suite 100
Atlanta, GA  30319
404-419-9500- phone
404-419-9501- fax
bsmith@cssfirm.com