BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

IN RE: VALSARTAN N-
NITROSODIMETHYLAMINE                    MDL Docket No. 2875
(NDMA) PRODUCTS LIABILITY LITIGATION

## AMENDED CERTIFICATE OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, I hereby certify that on January 31, 2019, I electronically filed the foregoing documents with the clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system. I also certify that the foregoing document will be served today on all counsel of record by transmission of Notice of Electronic Filing generated by CM/ECF, or as indicated below.

**Served via U.S. Mail:**

**Zhejiang Huahai Pharmaceutical Co., Ltd.**
2009 Eastpark Blvd., Cranbury, NJ 08512
(and)
Xunqiao, Linhai, Zhejiang 317024
China

**Prinston Pharmaceutical, Inc. d/b/a Solco Healthcare LLC**
2002 Eastpark Blvd.,
Cranbury, New Jersey 08512

**Solco Healthcare US, LLC**
2002 Eastpark Blvd., Ste A
Cranbury, New Jersey 08512

**Huahai U.S., Inc.**
2002 Eastpark Blvd.,
Cranbury, New Jersey 08512

**Aurobindo Pharma USA**
279 Princeton Hightstown Road
East Windsor, NJ 08520

Dated: January 31, 2019

Respectfully Submitted,
/s/ Annesley H. DeGaris
Annesley H. DeGaris, Esq.
DeGaris & Rogers, LLC
Two North Twentieth Street
Suite 1030
Birmingham, AL 35203
adegaris@degarislaw.com
asapone@degarislaw.com
(p) 205-558-9000
(f) 205-588-5231

and

Harold T. McCall, Jr.
Wayne Wright LLP
5707 Interstate Ten West
San Antonio, TX 78201
Telephone: (210) 888-8888
Email: hmccall@waynewright.com

*Attorneys for Plaintiff Betty Selph*