**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

*In Re: Valsartan Products Liability Litigation*        MDL No.: 2875

## AMENDED SCHEDULE OF ACTIONS INVOLVING OTHER ARB DRUGS

*Economic Loss Cases*

| Case Name | Civil Action Number & Court | Drug(s) Identified |
|---|---|---|
| *Wineinger v. Solco Healthcare, et al.* | No. 1:19-cv-01070 (D.N.J.) | Irbesartan |
| *Patras v. Torrent Pharmaceuticals, Inc., et al.* | No. 1:19-cv-11497 (D.N.J.) | Losartan |
| *Sanders v. Torrent Pharma, Inc.* | No. 1:19-cv-12745 (D.N.J.) | Losartan |
| *Roddey v. Camber Pharmaceuticals, Inc.* | No. 19-cv-12763 (D.N.J.) | Losartan |

*Personal Injury Cases*

| Case Name | Civil Action Number & Court | Drug(s) Identified |
|---|---|---|
| *Noe v. Hetero Labs, Ltd., et al.* | No. 4:19-cv-00054 (W.D. Ky.) | Losartan and Valsartan |
| *Estate of Larry Brock v. Teva Pharmaceutical Industries Ltd., et al.* | No. 4:19-cv-00538 (E.D. Ark.) | Losartan |
| *Thomas v. Hetero Drugs, Ltd., et al.* | No. 6:19-cv-01290 (N.D. Ala.) | Losartan |
| *Bennett et al v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.* | No. 2:19-cv-02418 (W.D. Tenn.) | Irbesartan |
| *Branham v. Hetero Drugs, Ltd., et al.* | No. 3:19-cv-00265 (E.D. Tenn.) | Valsartan and Losartan |

1