BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Valsartan NDMA Contamination Litigation | MDL No. 2875 |

## AMENDED PROOF OF SERVICE

I hereby certify that on September 12, 2019, the foregoing Notice of Appearance of Devora W. Allon as counsel for Torrent Pharma, Inc. and Torrent Pharmaceuticals Ltd., Torrent Pharma Inc.'s Corporate Disclosure Statement, and this Amended Proof of Service were served, by First Class Mail, upon:

> Camber Pharmaceuticals, Inc.,
> 1031 Centennial Avenue
> Piscataway, NJ 08854

> Hetero USA, Inc.
> 1035 Centennial Avenue
> Piscataway, NJ 08854

> Hetero Labs, Ltd.,
> 7-2-A2, Hetero Corporate,
> Industries Estates,
> Sanath Nagar, Hyderabad
> -500 018. Telangana
> India

Dated: New York, New York
    September 12, 2019

Respectfully Submitted,

By: /s/ Devora W. Allon
Devora W. Allon
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
devora.allon@kirkland.com

*Counsel for Torrent Pharma, Inc.*